**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AMARTE USA HOLDINGS, INC.,

        Plaintiff,

v.

L'OREAL USA S/D, INC.; L'OREAL USA, INC.; ULTA BEAUTY, INC.; and SEPHORA USA, INC.,

        Defendants.

Case No.: 1:24-cv-01276-CM

**JOINT LETTER MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE**

*[Handwritten: Granted. Conference 6/13/2024 at 10:00 AM — Colleen McMahon 3/27/2024]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/27/2024]*

---

Dear Judge McMahon:

The undersigned counsel represent the parties in the above-referenced case. Pursuant to Rule I(D) of Your Honor's Individual Practices and Procedures, we write jointly to request an adjournment of the initial pretrial conference in this case. The parties are currently scheduled to appear for an initial pretrial conference on April 18, 2024, and are required to submit a proposed Civil Case Management Plan to the Court by April 5, 2024. (*See* ECF No. 25.)

The parties are engaged in settlement discussions and believe that they have reached a settlement agreement in principle that would resolve this matter in its entirety. In this regard, Plaintiff is preparing a draft formal settlement agreement for review by Defendants. Because settlement would result in the dismissal of the action—thereby rendering moot the need for an initial pretrial conference and discovery in this case—the parties believe that it would be most productive for them, and would ease the burden on the Court, to allow the parties to continue to focus their efforts on settlement.

Accordingly, the parties jointly request that the Court adjourn the initial pretrial conference to a date that is convenient for the Court during the week of either **June 3 or June 10**, and that the parties be permitted to submit their proposed case managment plan fourteen (14) days in advance *[handwritten: reschedule]* of the new initial pretrial conference date assuming that the case is not fully settled before then.

No previous requests for adjournment of the initial pretrial conference have been made. No scheduling order has yet been entered in this case and, thus, the requested adjournment will not affect any other scheduled dates.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Dated: New York, New York
March 26, 2024

| **LIPPES MATHIAS LLP** | **FROSS ZELNICK LEHRMAN & ZISSU, P.C.** |
|---|---|
| By: /s/ Tony V. Pezzano<br>Tony V. Pezzano (tpezzano@lippes.com)<br>Scott E. Thompson (sthompson@lippes.com)<br>260 Madison Avenue, 17th Floor<br>New York, New York 10016<br><br>*Attorneys for Plaintiff* | By: /s/ Barbara A. Solomon<br>Barbara A. Solomon (bsolomon@fzlz.com)<br>Jason D. Jones (jjones@fzlz.com)<br>Andrew Nietes (anietes@fzlz.com)<br>151 West 42nd, 17th Floor<br>New York, New York 10036<br><br>*Attorneys for Defendants* |

4865-7269-0866, v. 1